IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
07/27/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

DANNY A. SCHWARZ,

Petitioner,

v.

JACOB WELSH, Warden, Chase County Detention Center; and
MICHAEL POTER, ICE Field Office Director,

Respondents.

Case No. 26-3212-JWL

## ORDER

Petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials without a bond hearing, and the Court set response and reply deadlines. Petitioner has now filed a motion to strike respondents' response to the petition (Doc. # 8), on the basis that he has not been served with a copy of that answer.[1] The Court **denies** the motion to strike, as respondents timely filed their answer, which indicates service by mail on July 13, 2026. The Court nevertheless grants petitioner an extension of time until **August 10, 2026**, to file a traverse or reply brief in support of his petition. Moreover, the Court notes that petitioner has not paid the applicable filing fee of $5.00, nor has he responded to the Court's notice of that deficiency. Petitioner must pay the filing fee or file a proper motion to proceed without

[1] Petitioner's motion is dated July 18, 2026, but was postmarked on July 22, 2026.

payment of that fee before the Court will consider the petition. Finally, the Clerk of Court is directed to provide copies of respondents' response to the petition (Doc. # 7) and the notice of deficiency (Doc. # 4) to petitioner along with a copy of this order.

IT IS SO ORDERED.

Dated this 27th day of July, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge