IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
08/18/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

DANNY A. SCHWARZ,

Petitioner,

v.

JACOB WELSH, Warden, Chase County Detention Center; and
MICHAEL POTER, ICE Field Office Director,

Respondents.

Case No. 26-3212-JWL

**ORDER OF DISMISSAL**

Petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenged his detention by immigration officials. Respondents filed an answer to the petition; and they subsequently gave notice that petitioner had been removed from the United States, which removal they argue makes this case moot. Petitioner did not file a traverse by the court-ordered deadline; nor has petitioner disputed that the case is now moot. The Court agrees that the petition is now moot.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 18th day of August, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge